### RICHARDVILLE, Administrator, *v.* CUMMINS.—In error.

*Saturday, November 24.*

THE legal interest in a judgment is not assignable, either by the statute or at common law.